IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICKY DEE MCGREGORY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 20-cv-**539**-DWD |
| | ) |
| ERIC WILLIAMS,[1] | ) |
| | ) |
| Respondent. | ) |
| | ) |

**MEMORANDUM & ORDER**

**DUGAN, District Judge:**

Petitioner Ricky Dee McGregory, currently incarcerated at Oxford Correctional Institution, brings this habeas corpus action pursuant to 28 U.S.C. § 2241 to challenge the calculation of his sentence by the Federal Bureau of Prisons. At the time this petition was filed with the Court, McGregory was incarcerated at Greenville Federal Correctional Institution.

On June 21, 2016, McGregory was sentenced for possession of a controlled substance by the Circuit Court in Franklin County, Missouri to 3 years prison in Case No. 16AB-CR-00208-01. On March 2, 2018, federal Judge Audrey G. Fleissig of the Eastern District of Missouri sentenced him to 78-month imprisonment for distribution of heroin in Case No. 4:16-cr-00262-AGF-1. This sentence was ordered to run concurrent with 16AB-CR-00208-01, but consecutive to the pending Circuit Court matter in Case No. 17AB-CR-00435-01. On May 22, 2018, McGregory was sentenced to 3 years prison in his

---

[1] The Clerk of Court shall correct Respondent's name to Eric Williams on the docket sheet.

pending Circuit Court case No. 17AB-CR-00435-01. On December 27, 2018, Petitioner was paroled from his Missouri cases to federal custody to begin serving his 78-month sentence in Case No. 4:16-cr-00262-AGF-1.

McGregory argues that the BOP has defied Judge Fleissig's ruling by contradicting what she had ordered regarding serving his federal sentence concurrent with his state sentence. McGregory argues that credit for his federal sentence should have started to accrue on February 9, 2016 when he was in state custody and not have to wait until he was in federal custody. On March 11, 2019, he began the administrative process with the BOP to challenge the calculation of his sentence. On September 6, 2019, McGregory's appeal with the BOP was denied, which led him to file this Petition.

This case is before the Court for preliminary review of the petition pursuant to Rule 4 of the FEDERAL RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURTS. Rule 4 directs the judge who receives a petition to promptly examine it, and, "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition." It is not plainly apparent that McGregory is not entitled to habeas relief, and, without commenting on the merits of the claims presented, the Court concludes that the petition survives preliminary review under Rule 4 and Rule 1(b) of the FEDERAL RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURTS[2]. The execution of a federal

---

[2] Rule 1(b) of those Rules gives this Court the authority to apply the rules to other habeas corpus cases.

prisoner's sentence, including its calculation, can be challenged in a § 2241 petition. *See Romandine v. United States*, 206 F.3d 731, 736 (7th Cir. 2000).

## CONCLUSION

Eric Williams is the Warden at Greenville Federal Correctional Institution. Since McGregory named E. Williams as the Respondent in his Petition, the Clerk of Court is **DIRECTED** to correct Respondent to Eric Williams to include his full first name. Eric Williams is **ORDERED** to answer or otherwise respond to the petition (Doc. 1) on or before March 15, 2021. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk of Court and Respondent informed of any change in his address during the pendency of this action. Notification of any changes of address must be made in writing and within 7 days of any transfer or other change in address. Petitioner is **WARNED** that failure to provide notice may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: February 12, 2021.

> */s/ David W. Dugan*
> DAVID W. DUGAN
> United States District Judge